**Entered on Docket
September 29, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

JORGE L. SANCHEZ, ESQ.
Nevada Bar No. 10434
SANCHEZ LAW GROUP, LTD.
930 South Fourth Street, Suite 211
Las Vegas, Nevada 89101
Phone (702) 635-8529
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In re: | ) | CHAPTER 13 |
| | ) | |
| JULIO ALFREDO ALZATE & | ) | |
| TERESA GARZON-MURILLO | ) | CASE NO: 09-18952 LBR |
| | ) | |
| | ) | DATE: August 27, 2009 |
| Debtor. | ) | TIME: 3:30 PM |
| | ) | |

**ORDER GRANTING MOTION TO VALUE COLLATERAL OF 372 TIERRA STREET, HENDERSON, NV 89014 TO $148,672.00, "STRIP OFF" 2ND MORTGAGE LIEN OF AND MODIFY RIGHTS OF EMC MORTGAGE PURSUANT TO 11 U.S.C. § 506(a) and § 1322**

Debtors' Motion to Value Collateral, "Strip Off" and Modify Rights of EMC MORTGAGE pursuant to 11 U.S.C. § 506(a), and § 1322, and Bankruptcy Rules 3012 and 9014, having been duly filed and served on EMC MORTGAGE, having come before this Court for hearing on the date and at the time set forth above with Debtors appearing by and through their legal counsel Jorge L. Sanchez, Esq., of the law firm of Sanchez Law Group, Ltd., and none of

the named lien holders/lenders/servicers having appeared or otherwise having responded, and good cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. Value of Debtor's residential real property located at 372 Tierra Street, Henderson, NV 89014 to be $148,672.00; and

2. The first lien of EMC MORTGAGE, Account # 5890014947402 is secured only to the amount of $148,672.00 and the remaining balance of its loan shall be deemed unsecured and paid pro rata with other general unsecured creditors through the Debtor's Chapter 13 plan;

3. The second lien of EMC MORTGAGE Account # 5890014947410 is to be avoided and extinguished upon completion of the Debtors' Chapter 13 plan;

4. Reclassify the second lien of EMC MORTGAGE as general unsecured claims to be paid pro rata with other general unsecured creditors through the Debtors' Chapter 13 plan; and

5. Any future claims filed by EMC MORTGAGE respecting Debtors' non-principal residence real property must conform with the secured/unsecured status set forth above.

DATED: September 14, 2009                    Respectfully Submitted:

/s/Jorge L. Sanchez, Esq. /s/
Jorge L. Sanchez, Esq.
Attorney for Debtor

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, undersigned certifies:

\_\_\_\_\_ The court waived the requirements of LR 9021.

\_\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.

\_\_X\_\_ I have delivered a copy of this proposed order to all counsel who appeared at hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

\_\_\_\_\_ Approved Debtor(s) Attorney/Trustee

\_\_\_\_\_ Disapproved Debtor(s) Attorney/Trustee

\_\_X\_\_\_ Failed To Respond Trustee

###